STATE OF NEW JERSEY v. RICHARD SCHENCK.

June 25, 1985.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF LEE LANGBAUM TO CONTEST ELECTION OF DIANE SANK TO THE OFFICE OF COUNCILPERSON OF THE BOROUGH OF ENGLEWOOD CLIFFS.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MARK PRIORE.

July 10, 1985.

Petition for certification denied.

ABRAHAM S. EFFRON, M.D. v. GOLDSTEIN, BALLEN, O'ROURKE & WILDSTEIN.

July 10, 1985.

Petition for certification denied.